AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JIMMY LEE HONEYCUTT,

   Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV620-68

v.

MR. MARCUS MIKELL; MR. JAVAKA JOHNSON; MS. JUANITA SHARPE; MR. TREVONZA BOBBITT,

   Defendants,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated August 9, 2022, Plaintiff's complaint is dismissed without prejudice. This action stands closed.



| August 9, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/2020